UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MINING AND ENERGY INTERNATIONAL CORPORATION and TV COMMUNICATIONS NETWORK, inc.,

            Plaintiffs,

  v.

RAYMOND NAYLOR, et al.,

            Defendants.

2:05-cv-01818-GEB-GGH

ORDER

       Plaintiffs' Motion to Withdraw filed September 30, 2005, is stricken for failure to comply with Local Rule 83-180(f).

       IT IS SO ORDERED.

Dated:  October 3, 2005

                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge

1